United States District Court
Southern District of Texas
**ENTERED**
June 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIO C. MARTINEZ, (TDCJ-CID #339106) Plaintiff, | § § § § |
| vs. | § CIVIL ACTION H-18-2012 |
| JANE DOE SIMMONS, *et al.*, Defendants. | § § § § |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $350.00 filing fee. The Court must receive the payment within thirty days of this order.

SIGNED at Houston, Texas, on _June 27_, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE